United States District Court
Southern District of Texas
FILED

MAR 2 6 2003

Michael N. Milby
Clerk of Court

MISCELLANEOUS
B-03.006

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FL Receivable Trust 2002-A | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| Bagga Enterprises, Inc.<br>Jamuna Real Estate, LLC<br>United Management Services, Inc.<br>Welcome Group, Inc. | § § § § | |

## APPLICATION TO REGISTER JUDGMENT RENDERED IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pursuant to 28 U.S.C. § 1963, Plaintiff respectfully requests that this Court order that the judgment attached as Exhibit A be registered in the Southern District of Texas so that Plaintiff may execute on said judgment. In support, Plaintiff would show the following:

**I.**

1. The judgment contained in Exhibit A is a true and certified copy of a default judgment rendered in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 02-2086.

2. The judgment was rendered on December 20, 2002, and the time for filing a notice of appeal has thus expired.

3. On February 27, 2003, the Pennsylvania court ordered that FL Receivable Trust 2002-A be substituted as Plaintiff. Certified copies of docket sheets and an uncertified copy of the substitution order are attached as Exhibit B.

50689:1051828.1:032403

## II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that this Court order that the judgment attached to this Application be registered in the United States District Court for the Southern District of Texas, that said judgment be registered in the name of the substituted Plaintiff, FL Receivable Trust 2002-A, and that Plaintiff's counsel be notified promptly once the judgment has been registered.

Respectfully submitted,

_____
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
Texas State Bar No. 00784311
Federal ID No. 15703
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370
**ATTORNEY FOR PLAINTIFF**

Of Counsel:

Jean E. Burke
THATCHER PROFFITT & WOOD
50 Main Street
5th Floor
White Plaints, New York 10606
Telephone: (914) 421-4100
Facsimile: (914) 421-4150



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : CIVIL ACTION |
| v. | : |
| Bagga Enterprises, Inc. | : |
| Jamuna Real Estate, LLC | : |
| United Management Services, Inc. | : |
| Welcome Group, Inc. | : NO. 02-2086 |

FILED
DEC 20 2002
MICHAEL E. KUNZ, Clerk
By _____ Dep. Cler'

### DEFAULT JUDGMENT

AND NOW, this 20th day of December, 2002, upon consideration of the motion of plaintiff for default judgment (Document No. 7), there being no response thereto, and having found that the defendants, having been served with the summons and complaint, as well as a copy of the within motion, and said defendants having failed to appear, answer or otherwise defend this action, this Court concludes that plaintiff is entitled to a default judgment pursuant to Federal Rule of Civil Procedure 55(b), accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Captec Financial Group, Inc. and against Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc. and Welcome Group, Inc. jointly and severally in the amount of $1,004,134.94 as of September 27, 2002, plus interest at the rate of $301.98 per diem from that day forward.

2. Defendants, their agents, attorneys and employees and each of them are permanently enjoined from conveying, assigning, or otherwise dissipating the collateral covered by the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement (Loan No. 8840) and said defendants shall cooperate fully with plaintiff to recover



A TRUE COPY CERTIFIED FROM THE RECORD
MAR 17 2003
DATED: _____
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

such mortgage collateral, and to pay and reimburse plaintiff for all reasonable attorneys' fees and expenses, and court costs.

3. Defendants shall, **no later than January 15, 2003** file with this Court a full inventory and accounting of all property listed on the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement, including the location of the assets, the names and addresses of the purchasers of any assets, the items purchased by each, the amount received, and the disposition of the proceeds of any such sales.

_____
LOWELL A. REED, JR., S.J.

XC: J. Techentin
D. McCann
V. Lipsky
K. Walsh

```
                                                              f-STND CLOSED
                         U.S. District Court
       U.S. District Court of Eastern Pennsylvania (Philadelphia)

              CIVIL DOCKET FOR CASE #: 02-CV-2086


CAPTEC FINANCIAL, et al v. BAGGA ENTERPRISES, et al      Filed: 04/12/02
Assigned to: JUDGE LOWELL A. REED, JR.
Demand: $0,000                                  Nature of Suit: 140
Lead Docket: None                               Jurisdiction: Diversity
Dkt # in ED of PA : is 2:02-cv-02079

Cause: 28:1332 Diversity-Breach of Contract


CAPTEC FINANCIAL GROUP, INC.       JEFFREY K. TECHENTIN
     PLAINTIFF                       [term  02/27/03]
   [term  02/27/03]                 [COR LD NTC]
                                    PEPPER HAMILTON LLP
                                    3000 TWO LOGAN SQUARE
                                    18TH & ARCH STS.
                                    PHILA, PA 19103-2799
                                    USA
                                    TEL 215-981-4662

                                    DAVID F. MCCANN
                                      [term  02/27/03]
                                    [COR LD NTC]
                                    PEPPER, HAMILTON LLP
                                    3000 TWO LOGAN SQUARE
                                    18TH AND ARCH STREETS
                                    PHILADELPHIA, PA 19103
                                    USA
                                    TEL: 215-981-4000


FL RECEIVABLE TRUST 2002-A         STEVEN A. HABER
     PLAINTIFF                     FAX 215-665-3165
                                   [COR LD NTC]
                                   OBERMAYER, REBMANN, MAXWELL &
                                   HIPPEL, LLP
                                   1617 JOHN F. KENNEDY BOULEVARD
                                   19TH FLOOR, ONE PENN CENTER
                                   PHILADELPHIA, PA 19103-1895
                                   USA
                                   TEL 215-665-3014


    v.

BAGGA ENTERPRISES, INC.            VICTOR LIPSKY
     DEFENDANT                     [COR LD NTC]
                                   LIPSKY & BRANDT

Docket as of March 14, 2003 2:58 pm                    Page 1
```



A TRUE COPY CERTIFIED FROM THE RECORD
DATED: MAR 17 2003
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Proceedings include all events.                                                           f-STND
2:02cv2086 CAPTEC FINANCIAL, et al v. BAGGA ENTERPRISES, et al    CLOSED

                                                   1101 MARKET ST
                                                   STE 2820
                                                   PHILADELPHIA, PA 19107
                                                   USA
                                                   TEL 215-922-6644

UNITED MANAGEMENT SERVICES,            VICTOR LIPSKY
INC.                                   (See above)
    DEFENDANT                          [COR LD NTC]

WELCOME GROUP, INC.                    VICTOR LIPSKY
    DEFENDANT                          (See above)
                                                 [COR LD NTC]


  v.


PEPPER HAMILTON, LLP                   KEVIN W. WALSH
    MOVANT                             [COR LD NTC]
                                               1900 TWO PENN CENTER PLAZA
                                               PHILADELPHIA, PA 19102
                                               USA
                                               TEL 215-568-7515

```
Proceedings include all events.                                  f-STND
2:02cv2086 CAPTEC FINANCIAL, et al v. BAGGA ENTERPRISES, et al   CLOSED

4/12/02    1    Complaint.  Filing fee $ 150.00  receipt # 787602. (eh)
                [Entry date 04/15/02]

4/12/02    --   Summons(es) issued. 3 originals forwarded to: Counsel
                4/12/02 (eh) [Entry date 04/15/02]

4/12/02    --   Standard Case Management Track. (eh) [Entry date 04/15/02]

4/18/02    2    ORDER THAT THE PARTIES HAVE A DUTY TO HOLD THEIR RULE 26(f)
                CONFERENCE AND MAKE THE INITIAL SELF-EXECUTING DISCLOSURES
                REQUIRED BY FED. R. CIV. P. 26(a)(1), ETC.. (SIGNED BY
                JUDGE LOWELL A. REED JR.) 4/18/02 ENTERED AND COPIES
                MAILED. (fb) [Entry date 04/18/02]

4/22/02    3    Return of service executed as to DEFENDANT BAGGA
                ENTERPRISES, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME
                GROUP, INC. on 4/22/02 by personal service. (fb)
                [Entry date 04/23/02]

8/19/02    4    Appearance of DAVID F. MCCANN for PLAINTIFF CAPTEC
                FINANCIAL, Certificate of Service. (fb)
                [Entry date 08/21/02]

9/13/02    5    MOTION BY PLAINTIFF CAPTEC FINANCIAL FOR ENTRY OF DEFAULT
                PURSUANT TO R.CIV.P. 55(a), CERTIFICATE OF SERVICE. (fb)
                [Entry date 09/16/02]

9/25/02    6    ORDER THAT THE CLERK OF COURT TREAT THE MOTIONS AS REQUESTS
                FOR ENTRY OF DEFAULT AND ENTER DEFAULT IF THE REQUIREMENTS
                HAVE BEEN SATISFIED. (SIGNED BY JUDGE LOWELL A. REED JR.)
                9/25/02 ENTERED AND COPIES MAILED. (fb)
                [Entry date 09/25/02]

9/25/02    --   Default by DEFENDANT BAGGA ENTERPRISES, DEFENDANT UNITED
                MANAGEMENT, DEFENDANT WELCOME GROUP, INC. for failure to
                appear, plead or otherwise defend. (fb)
                [Entry date 09/25/02]

9/25/02    --   DEFAULT ENTERED. (fb) [Entry date 09/25/02]

9/27/02    7    MOTION BNYPLAINTIFF CAPTEC FINANCIAL FOR DEFAULT JUDGMENT
                AGAINST DEFENDANT BAGGA ENTERPRISES, DEFENDANT UNITED
                MANAGEMENT, DEFENDANT WELCOME GROUP, INC., CERTIFICATE OF
                SERVICE. (dt) [Entry date 09/30/02]

10/10/02   8    Appearance of VICTOR LIPSKY for DEFENDANT BAGGA
                ENTERPRISES, DEFENDANT UNITED MANAGEMENT, DEFENDANT WELCOME
                GROUP, INC., Certificate of Service. (fb)
                [Entry date 10/10/02]

12/6/02    --   MOTION BY PEPPER HAMILTON, LLP TO WITHDRAW AS ATTORNEYS,
                CERTIFICATE OF SERVICE (SEE #9 IN 02-2080). (fdc)
                [Entry date 12/09/02]

Docket as of March 14, 2003 2:58 pm                          Page 3
```

```
Proceedings include all events.                                    f-STND
2:02cv2086 CAPTEC FINANCIAL, et al v. BAGGA ENTERPRISES, et al    CLOSED
```

| | | |
|---|---|---|
| 12/20/02 | 9 | ORDER THAT MOTION TO WITHDRAW AS ATTORNEYS IS DENIED WITHOUT PREJUDICE. (SIGNED BY JUDGE LOWELL A. REED JR.) 12/20/02 ENTERED AND COPIES MAILED. (fb) [Entry date 12/20/02] |
| 12/20/02 | 10 | ORDER THAT: JUDGMENT IS ENTERED for CAPTEC FINANCIAL against BAGGA ENTERPRISES, JAMUNA REAL ESTATE, LLC, UNITED MANAGEMENT, WELCOME GROUP, INC. for $1,004,134.94 AS OF 9/27/02, PLUS INTEREST AT THE RATE OF $301.98 PER DIEM FROM THAT DAY FORWARD. DEFTS, THEIR AGENTS, ATTORNEYS AND EMPLOYEES AND EACH OF THEM ARE PERMANENTLY ENJOINED, ETC.. (SIGNED BY JUDGE LOWELL A. REED JR.) 12/20/02 ENTERED AND COPIES MAILED. (fb) [Entry date 12/20/02] |
| 12/20/02 | -- | Case closed (ntt) [Entry date 12/23/02] |
| 2/27/03 | 11 | STIPULATION AND ORDER THAT FL RECEIVABLE TRUST 2002-A IS ALLOWED TO INTERVENE AS THE PLAINTIFF. FL RECEIVABLE TRUST 2002-A IS HEREBY SUBSTITUTED FOR CAPTEC AS THE PLAINTIFF. THE 12/20/02 DEFAULT JUDGMENT RENDERED IN FAVOR OF CAPTEC SHALL BE AMENDED HEREBY SO THAT THEY ARE IN FAVOR OF PLAINTIFF FL RECEIVABLE TRUST 2002-A AS IF THE JUDGMENT HAD BEEN ORIGINALLY ENTERED IN FAVOR OF FL RECEIVABLE TRUST 2002-A. THIS COURT'S JUDGMENT INDEX SHALL BE AMENDED TO INDICATE THAT THE 12/20/02 DEFAULT JUDGMENTS ARE IN FAVOR OF FL RECEIVABLE TRUST 2202-A NOT CAPTEC. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 2/27/03 ENTERED AND COPIES MAILED. (mbh) [Entry date 02/27/03] |
| 2/27/03 | 12 | ORDER THAT FL RECEIVABLE TRUST 2002-A IS HEREBY INTERVENED AS THE PLAINTIFF AND SUBSTITUTED IN PLACE OF CAPTEC FINANCIAL GROUP, INC. EFFECTIVE 12/20/2002 AND THE INTEREST OF CAPTEC IN THIS ACTION IS HEREBY TERMINATED. THE DEFAULT JUDGMENT IS AMENDED EFFECTIVE 12/20/2002 TO SHOW THAT FL RECEIVABLE TRUST 2002-A IS SUBSTITUTED IN ALL RESPECTS AS THE PLAINTIFF. IT IS FURTHER ORDERED THAT THE CLERK OF COURT SHALL CORRECT THE CAPTION ON THE DOCKET TO DELETE CAPTEC, INC AS THE PLAINTIFF AND SUBSTITUTE FL RECEIVABLE TRUST 2002-A AS PLAINTIFF AND THE CLERK OF COURT SHALL AMEND THE JUDGMENT INDEX OF THE COURT TO SHOW FL RECEIVABLE TRUST 2002-A AS THE JUDGMENT CREDITOR. IT IS FURTHER ORDERED THAT THE PARTIES SHALL AMEND THE CAPTION TO REFLECT THE SUBSTITUTION OF FL RECEIVABLE TRUST 2002-A AS PLAINTIFF AND SHALL CEASE INCLUDING CAPTEC AS PLAINTIFF ON ALL PAPERS FILED HEREAFTER. ( SIGNED BY JUDGE LOWELL A. REED JR. ) 2/27/03 ENTERED AND COPIES MAILED. (mbh) [Entry date 02/27/03] |

FILED FEB 27 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | NOS. 02-2080 — *file* |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-2711 |

ENTERED
FEB 27 2003
CLERK OF COURT

## ORDER

AND NOW, this 27th day of February, 2003, upon consideration of the stipulation of the parties dated February 25, 2003, (Document No. 12) in Civil Action No. 02-2080 and docketed in all four of the above-captioned cases) and for good cause shown, the Court having approved the stipulation and accepted the facts and conclusions set forth therein, it is hereby **ORDERED** that:

1. FL Receivable Trust 2002-A is hereby intervened as the plaintiff and substituted in place of Captec Financial Group, Inc. ("Captec") effective December 20, 2002, and the interest of Captec in the above-captioned action is hereby terminated; and

2. The default judgment in each of the above-captioned actions entered on December 20, 2002 is hereby **AMENDED** effective December 20, 2002 to show that FL Receivable Trust 2002-A is substituted in all respects as the judgment creditor (plaintiff).

**IT IS FURTHER ORDERED** that the Clerk of Court shall correct the caption on the docket of each of the above-captioned cases to delete Captec, Inc. as plaintiff and substitute FL Receivable Trust 2002-A as plaintiff; and the Clerk of Court shall amend the Judgment Index of the Court to show FL Receivable Trust 2002-A as the judgment creditor.

**IT IS FURTHER ORDERED** that the parties shall amend the caption of the

above cases to reflect the substitution of FL Receivable Trust 2002-A as plaintiff and shall cease including Captec as plaintiff on all papers filed hereafter.

_____
LOWELL A. REED, JR., S.J.