United States District Court
Southern District of Texas
FILED

APR 1 1 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

UNITED STATES OF AMERICA,  §
§
     Plaintiff,  §
§
VS.  §    CIVIL ACTION NO. B-03-006
§    (Claim No. 82997)
MARIA D. CASTILLO,  §
§
     Defendant.  §

## USA'S MOTION TO DISMISS WITH PREJUDICE

The Honorable John Black:

    COMES NOW, the UNITED STATES OF AMERICA ("USA"), Plaintiff in the above entitled and numbered cause of action, and asks the Court for an Order Dismissing its claims filed against Defendant, Maria D. Castillo with prejudice, and would respectfully show the Court that all issues in controversy have been compromised and settled.

    WHEREFORE, PREMISES CONSIDERED, USA requests that this Court enter an Order Dismissing all claims against Maria D. Castillo, with prejudice to USA's right to refile same and that all costs of Court and attorney's fees are to be borne by the party or parties incurring same.

Respectfully submitted,

By: _____

M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## **CERTIFICATE OF SERVICE**

I, certify that a true and correct copy of the above and foregoing was mailed by certified mail, return receipt requested on April ___7___, 2003, to counsel for Defendant:

Maria D. Castillo
2220 Del Sol Street
Brownsville, Texas 78520

M. H. Cersonsky