United States District Court
Southern District of Texas
ENTERED

APR 17 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-006 |
| MARIA D. CASTILLO, | § § § | (Claim No. 82997) |
| Defendant | § § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to dismiss claim against Maria D. Castillo with Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that it has settled the matters in dispute relating to the claim, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed with prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED April 17, 2003, at Brownsville, Texas.

_____
Hon. ~~John Black~~ Andrew Hanen
United States Judge